[No. 14922-2-II. Division Two. April 29, 1993.]

BERT BARBER, ET AL, *Respondents*, v. CLESTON CLIMER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-2-01177-2, Don L. McCulloch, J., entered

April 19, 1991. *Reversed* by unpublished opinion per Guy, J. Pro Tem., concurred in by Morgan, J., and Reed, J. Pro Tem.